JAMES A. GLOVER, Respondent, v. ELIAS A. COHEN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

M. ARTHUR HELFHAT, Respondent, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell and Scudder, JJ.; Davis, J., not sitting.

LEON HERMAN, Appellant, v. NATHAN GOLD, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application and Petition of THE CITY OF NEW YORK to Acquire Certain Real Estate at Mohansic Lake and Little Mohansic Lake, in the Town of Yorktown, Westchester County, New York, etc., for the Sanitary Protection of the Water Supply of the City of New York. (Additional Taking.) Parcel No. 1. Parcel No. 2.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

In the Matter of the Application and Petition of THE CITY OF NEW YORK, Respondent, to Acquire Certain Real Estate at Mohansic and Little Mohansic Lake, in the Town of Yorktown, Westchester County, New York, etc., for the Sanitary Protection of the Water Supply of the City of New York. (Additional Taking.) Parcel No. 2. LENA FERRIS, Appellant.— Motion granted to the extent that the petitioner, the City of New York, be required to furnish to the moving party, Lena Ferris, three typewritten copies of the minutes taken on the trial, as provided by section 22 of the Water Supply Law, being chapter 724 of the Laws of 1905, in so far as may be required by the said Lena Ferris for the purpose of perfecting her appeal; the argument to be heard on said minutes. (See *Matter of Bensel*, 208 App. Div. 816.) Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

In the Matter of the Application and Petition of THE CITY OF NEW YORK, Appellant, to Acquire Certain Real Estate at Mohansic Lake and Little Mohansic Lake, in the Town of Yorktown, Westchester County, New York, etc., for the Sanitary Protection of the Water Supply of the City of New York. SARAH PERCY and EMELIE MAILLOT, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of LAKE SECOR DEVELOPMENT CO., INC., Respondent, for the Allowance of a Certiorari Order Directed to BERNARD A. RUGE and Others, Constituting the Planning Board of the Town of Carmel in the County of Putnam, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.